# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF
# NORTH CAROLINA

| | |
|---|---|
| CAPSTONE PRIVATE EQUITY BRIDGE & MEZZANINE FUND, LLC<br><br>Plaintiff,<br>v.<br><br>LEGACY MANAGEMENT RESOURCES, INC.; WILLIAM & PATRICIA PIPES ENTERPRISES, LLC; EVELYN K. RANSOPHER; GOTTLIEB TREIBER; HELEN M. THROCKMORTON; MICHAEL L. & SPRING M. REGISTER; MARK A. LETSON; ELISA L. PERRYMAN; MAXINE JEFFRIES; JASON HEMSTED; WINIFRED L. PIEK; CHARLES WILEY REDDICK; RAYMOND F. REDDICK, JR.; CARLENE C. RUDD-SMITH; GUY G. SMITH, SR.; SHARON ANN GLOVER; CAROL FREY; SUSAN L. MITCHELL; and MICHAEL L. LEWIS; BRONX BUILDING BAPTIST CHURCH; ALAN E. DAVIS and SABRINA DAVIS; and AMOS DAVIS.<br><br>Defendants. | **CIVIL ACTION NO.**<br>**1:05CV00469** |

## SUPPLEMENTAL ORDER DISTRIBUTING
## INTERPLEADED FUNDS

The Court having previously entered its Order Distributing Interpleaded Funds dated September 21, 2005 ("Initial Order"); and

The Initial Order having included the following provision that addresses the *prorata* distribution to the Non-Legacy Defendants of earnings received while the interpleaded funds were invested as previously ordered by the Court:

1

(i) That within 10 days after the date of this Order, the Clerk of Court is hereby authorized to cause distribution checks to issue to each of the Non-Legacy Defendants set forth on Schedule "A" in the respective amounts shown on said Schedule "A", from the account wherein the interpleaded funds are now being held on deposit for the benefit of the Court's Registry. Further, that the amount distributed to each Non-Legacy Defendant shall include their respective *prorata* share of earnings received by the investment of the interpleaded funds with Wachovia Bank, N.A., as further reflected on Schedule "A"; and

The Court having received, reviewed and approved a revised Schedule "A," which is attached to this Supplemental Order, that reflects the total amount of earnings that accrued on the interpleaded funds while on account at Wachovia Bank, N.A. and also reflects the amount of *prorata* earnings to be paid to each Non-Legacy Defendant pursuant to the terms of the Initial Order.

IT IS HEREBY ORDERED AS FOLLOWS:

(i) That the revised Schedule "A" attached hereto and incorporated into this Supplemental Order by reference shall supercede and amend the Schedule "A" that was made a part of the Initial Order, and as amended, the Clerk of Court is hereby directed to distribute checks to each of the Non-Legacy Defendants as set forth on the attached Schedule "A;" and

(ii) Except as modified by the attached Schedule "A," the provisions of this Courts Initial Order entered on September 21, 2005 shall remain in full force and effect.

Dated this 13th day of October, 2005.

*[signature]*
United States District Judge

2