IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CAPSTONE PRIVATE EQUITY BRIDGE )
& MEZZANINE FUND, LLC, )
)
    Plaintiff, )
)
v. )   1:05CV00469
)
LEGACY RESOURCE MANAGEMENT, INC.,)
)
    Defendant. )

O R D E R

In this interpleader action filed May 26, 2005, this court has previously entered orders allowing the interpleader (Order entered 7/6/06, Doc. No. 5) and ordering the distribution of the interpleaded funds (Orders entered 9/21/05 (Doc. No. 29) and 10/13/05 (Doc. No. 31)). Since the entry of those orders, the interpleaded funds have been distributed in accordance with this court's order and no issues remain for resolution.

It is therefore ORDERED that this case be, and is hereby, terminated.

This the 2nd day of January, 2008.

                          /s/ William L. Osteen, Jr.
                          United States District Judge